UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.     08 CR 521 |
| v.                                     ) | |
| ) | Judge Susan E. Cox |
| ROBERTO SANCHEZ, et. al.      ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney is designated in the above-captioned case.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:     *s/ Renato Mariotti*
        RENATO MARIOTTI
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-7855

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**ATTORNEY DESIGNATION**

was served on July 7, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

    s/ *Renato Mariotti*
    RENATO MARIOTTI
    Assistant United States Attorneys
    219 South Dearborn
    Chicago, Illinois  60604
    (312) 886-7855