## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 521 - 2 | **DATE** | 6/30/2008 |
| **CASE TITLE** | USA vs. Raul Gallegos Rojas | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest 6/28/08. The Government advised the Court that the Defendant signed a waiver. Defendant informed of his rights. Enter order appointing Beth Gaus of the Federal Defender Program as counsel for defendant. Order defendant detained as a risk of flight. Preliminary examination set for 7/3/08 at 2:00 p.m. Government's motion for protective order as to Mr. Rojas is granted. Enter protective order.

Docketing to mail notices.

00:20

| | | Courtroom Deputy Initials: | VKD |
|---|---|---|---|