Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 521 - 2 | **DATE** | 7/10/2008 |
| **CASE TITLE** | USA vs. Raul Gallegos Rojas | | |

**DOCKET ENTRY TEXT**

Case called for detention hearing. Defendant waives preliminary examination. Enter a finding of probable cause; Order defendant bound to the district court for further proceedings. Preliminary examination set for 7/11/08 at 9:30 a.m. is stricken. Defendant waives detention hearing. Defendant to remain in custody as a risk of flight.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | VKD |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL 11  AM 8:29
FILED