# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

08CR521-2

**IN UNITED STATES** — ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

**IN THE CASE OF:** UNITED STATES vs. RAUL ROJAS

**FOR** _____ **AT** _____

**FILED JUN 30 2008** MAGISTRATE JUDGE SUSAN E. COX UNITED STATES DISTRICT COURT

**LOCATION NUMBER / DOCKET NUMBERS:**
- Magistrate: _____
- District Court: 08 CR 521-2
- Court of Appeals: _____

**PERSON REPRESENTED** (Show your full name): RAUL ROJAS

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**CHARGE/OFFENSE:** ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: CONSTRUCTION WORK — BUT ONLY SEASONAL
- IF YES, how much do you earn per month? $ 0 - 1200 - 1500 DEPENDING ON SEASON
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☒ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ 300
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ 600/MONTH RECEIVED — DRYCLEANERS — SEASONAL

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: $ 2500 CAR

**DEPENDENTS**
- MARITAL STATUS: ☒ MARRIED
- Total No. of Dependents: 4

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: RENT — $ 300
- FOOD — $ 200

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6-30-08

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED): /s/ Raul Rojas