## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 521 | **DATE** | 8/8/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. ROBERTO SANCHEZ; RAUL ROJAS; MARIO DIAZ; JAVIER CHAVEZ | | |

### DOCKET ENTRY TEXT

Arraignment held. Defendants Roberto Sanchez (1), Raul Gallegos Rojas (2), Mario Diaz (3) and Javier Chavez (4) waive formal reading of the indictment and all defendants enter a plea of not guilty as to all counts. Rule 16.1(A) materials have been tendered. Final pretrial conference is set on September 5, 2008 at 1:00 p.m. Trial is set on October 20, 2008 at 9:00 a.m. All pretrial motions shall be filed by August 18, 2008 and any guilty plea shall be offered by September 5, 2008.

*Suzanne B. Conlon*

cc: U.S. Marshal; Notices mailed by Judicial staff.

1:20

| | Courtroom Deputy Initials: | WH |
|---|---|---|