IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 CR 521 |
| vs. | ) | Hon. Suzanne B. Conlon |
| | ) | |
| RAUL GALLEGOS ROJAS, | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO: Lela Johnson
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

Please take notice that on this 18th day of August, 2008, the undersigned filed the following document(s) in the above-captioned cause, a copy of which is attached hereto.

DEFENDANT GALLEGOS ROJAS'S MOTION TO ADOPT AND JOIN
MOTIONS OF CO-DEFENDANTS

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy
Executive Director

By:   s/ Beth W. Gaus
        Beth W. Gaus

BETH W. GAUS
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL  60603
(312) 621-8342

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 cr 521 |
| v. | ) | |
| | ) | Judge Suzanne B. Conlon |
| RAUL GALLEGOS ROJAS, et al. | ) | |

### DEFENDANT GALLEGOS ROJAS'S MOTION TO ADOPT AND JOIN MOTIONS OF CO-DEFENDANTS

Now comes the defendant, Raul Gallegos Rojas, by and through his attorney, Beth W. Gaus, and respectfully moves this Court to grant him leave to adopt and join all motions of co-defendants, to the extent that such motions are not incompatible with the motions presented on his behalf by his counsel.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy
Executive Director

By: s/ Beth W. Gaus
        Beth W. Gaus

BETH W. GAUS
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL  60603
(312) 621-8342

## CERTIFICATE OF SERVICE

The undersigned, Beth W. Gaus , an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**DEFENDANT GALLEGOS ROJAS'S MOTION TO ADOPT AND JOIN MOTIONS OF CO-DEFENDANTS**

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on August 18, 2008, to counsel/parties that are non-ECF filers.

By:   s/*Beth W. Gaus*
      Beth W. Gaus
      FEDERAL DEFENDER PROGRAM
      55 E. Monroe St., Suite 2800
      Chicago, Illinois 60603
      (312) 621-8342