IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 CR 521 |
| vs. | ) | Hon. Suzanne B. Conlon |
| | ) | |
| RAUL GALLEGOS ROJAS, | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO: Lela Johnson
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

Please take notice that on this 18th day of August, 2008, the undersigned filed the following document(s) in the above-captioned cause, a copy of which is attached hereto.

DEFENDANT GALLEGOS ROJAS'S STATEMENT OF COMPLIANCE
WITH LOCAL RULE 16.1

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy
Executive Director

By:   s/ Beth W. Gaus
Beth W. Gaus

BETH W. GAUS
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL  60603
(312) 621-8342

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 cr 521 |
| v. ) | |
| ) | Judge Suzanne B. Conlon |
| RAUL GALLEGOS ROJAS, et al. ) | |

DEFENDANT GALLEGOS ROJAS'S STATEMENT OF COMPLIANCE
WITH LOCAL RULE 16.1

Defendant Raul Gallegos Rojas, by the Federal Defender Program and its attorney, BETH W. GAUS, pursuant to Local Criminal Rule 16.1 states as follows:

1. A 16.1 conference was held in this case, via letters dated August 9, 2008, July 24, 2008, and July 17, 2008. The government, by Assistant United States Attorney Lela D. Johnson, has provided what it maintains is the 16.1 material in its possession, including any statements of the defendant.

2. The government has indicated that it is aware of its continuing obligations under Brady v. Maryland, 373 U.S. 83 (1963). Defendant is filing a separate Brady motion specifying particular types of evidence contemplated. The government has stated that it knows of no evidence directly favorable to the defendant at this time.

3. The government has agreed to notify defense counsel of any plans to introduce any evidence pursuant to Federal Rule of Evidence 404(b) at least 2 weeks prior to trial.

4. The government has indicated that it will produce all Giglio, 18 U.S.C. §3500,

FRCP 26.2, and Bagley material at least 2 weeks prior to trial.

    5.  The government has agreed to preserve agents' and/or officers' notes.

    6.  The government has agreed to file its proffer made within the scope of *U.S. v. Santiago*, 582 F.2d 1128 (7th Cir. 1978), at least 2 weeks prior to trial.

    7.  The defendant acknowledges his obligation to provide notice of any alibi defense or any defense based on mental condition within the time limits prescribed by the Rules of Criminal Procedure and the Local Rules.  Similarly, defendant acknowledges his responsibility to allow the government to examine anything that might be marked as an exhibit in the defense's case-in-chief at trial.

    8.  Defendant hereby requests a written summary of any expert testimony (including but not limited to the witness's opinions and the bases and reasons therefor) and the witness's qualifications pursuant to Federal Rule of Criminal Procedure 16(a)(1).  The government has acknowledged its responsibilities under that rule and has agreed to make any required disclosure(s) at least 3 weeks before trial.  The government has requested reciprocal discovery concerning experts, and the defendant acknowledges his obligations under FRCP 16(b)(1)(C).

           Respectfully submitted,
           FEDERAL DEFENDER PROGRAM
           Terence F. MacCarthy
           Executive Director


          By: s/ Beth W. Gaus
            Beth W. Gaus


BETH W. GAUS
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL  60603
(312) 621-8342

**CERTIFICATE OF SERVICE**

The undersigned, Beth W. Gaus , an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

DEFENDANT GALLEGOS ROJAS'S STATEMENT OF COMPLIANCE
WITH LOCAL RULE 16.1

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on August 18, 2008, to counsel/parties that are non-ECF filers.

By:    s/*Beth W. Gaus*
       Beth W. Gaus
       FEDERAL DEFENDER PROGRAM
       55 E. Monroe St., Suite 2800
       Chicago, Illinois 60603
       (312) 621-8342