# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 521 | **DATE** | 8/14/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. ROBERTO SANCHEZ (1), RAUL GALLEGOS ROJAS (2), MARIO DIAZ (3), JAVIER CHAVEZ (4) | | |

**DOCKET ENTRY TEXT**

On the court's own motion, the pretrial conference set on September 5, 2008 is reset on September 8, 2008 at 4:00 p.m.

*Suzanne B. Conlon*

cc: U.S. Probation; Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|