

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
AUG 1 9 2008  T C
AUG 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

|   |   |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 cr 521 |
| v. ) | |
| ) | Judge Suzanne B. Conlon |
| RAUL GALLEGOS ROJAS, et al. ) | |

### EX PARTE APPLICATION FOR ISSUANCE OF SUBPOENA(S) AND/OR SUBPOENA(S) DUCES TECUM IN FORMA PAUPERIS

Defendant Raul Gallegos Rojas, by the Federal Defender Program and its attorney, Beth W. Gaus, pursuant to Rules 17(b) and (c) of the Federal Rules of Criminal Procedure, respectfully requests this Court to order any and all subpoenas that said defendant shall require during the course of proceedings, and in support thereof states:

1. Petitioner is a defendant in the above-captioned case. Defendant has previously been found to be indigent by the Court.

2. The defendant is, at the present time, in custody and financially unable to pay the fees of witnesses.

3. The production of certain witnesses and documents for which the subpoena power of this Court is necessary may be essential to the preparation and presentation of the defendant's case.

4. The defendant further requests authority for early return of any subpoenaed documents to defense counsel prior to court proceedings.

WHEREFORE, the defendant prays that this Court issue an order waiving the costs and fees incurred in the service of process and the appearance of witnesses, as well as granting the authority for early return of any subpoenaed documents to defense counsel prior to court proceedings.

                                         Respectfully submitted,
                                         FEDERAL DEFENDER PROGRAM
                                         Terence F. MacCarthy
                                         Executive Director

                                         By: _____
                                                Beth W. Gaus

BETH W. GAUS
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL 60603
(312) 621-8342