## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 521 | **DATE** | 8/21/08 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. RAUL GALLEGOS ROJAS (2) | | |

**DOCKET ENTRY TEXT**

Defendant Raul Gallegos Rojas's ex parte application for issuance of subpoenas(s) and/or subpoena(s) duces tecum in forma pauperis [67] is granted.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|