# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 521 | **DATE** | 8/26/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. ROBERTO SANCHEZ (1); RAUL GALLEGOS ROJAS (2); MARIO DIAZ (3); JAVIER CHAVEZ (4) | | |

**DOCKET ENTRY TEXT**

On the court's own motion, submission of the government's evidentiary proffer of Fed.R.Evid. 801(d)(2)(E) statements to all defense counsel set on 9/5/08 is extended to 9/8/08. Change of plea hearing as to defendants Raul Gallegos Rojas (2) and Mario Diaz (3) is set on 9/4/08 at 1:00 pm.

*/s/ Suzanne B. Conlon*

Notified counsel by telephone. Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|